IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JENGTUAN YU,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

    Defendant.
    _____/

No. C 13-00585 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 16, 2013 at 3:00 p.m.
Counsel must file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is January 31, 2013.

DESIGNATION OF EXPERTS: 2/14/14; REBUTTAL: 2/28/14.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is March 14, 2014.

DISPOSITIVE MOTIONS **SHALL** be filed by March 21, 2014;

    Opp. Due April 4, 2014; Reply Due April 11, 2014;

    and set for hearing no later than April 25, 2014 at 9:00 AM.

PRETRIAL CONFERENCE DATE: June 10, 2014 at 3:30 PM.

JURY TRIAL DATE: June 23, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 8 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
By May 31, 2013, counsel have agreed to inform the Court of the private mediator selected and shall complete the mediation before July 31, 2013.
Plaintiff has until August 30, 2013 to file an amended complaint.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 5/20/13

SUSAN ILLSTON
United States District Judge