ANDREW R. NEILSON (SBN 221694)
LAW OFFICES OF ANDREW R. NEILSON
109 Geary Street, Fourth Floor
San Francisco, California 94108
Telephone: (415) 685-0818
4 Facsimile: (415) 982-5130
E-mail: aneilson(@aneilsonlaw.com

Attorneys for Plaintiff
JENGYUAN YU


PAMELA E. COGAN (SBN 130833)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA  94063-2052
Telephone:     (650) 364-8200
Facsimile:     (650) 780-1701
E-Mail:  pcogan@ropers.com
         stucker@ropers.com

Attorneys for Defendants
LIBERTY MUTUAL INSURANCE COMPANY,
SAFECO INSURANCE COMPANY OF AMERICA and
GENERAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENGYUAN YU,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; a Massachusetts corporation; SAFECO INSURANCE COMPANY OF AMERICA; a New Hampshire corporation; GENERAL INSURANCE COMPANY OF AMERICA; a New Hampshire corporation; and DOES 1 to 20, inclusive,<br><br>        Defendants. | CASE NO. 3:13-cv-00585-SI<br><br>**STIPULATION FOR DISMISSAL OF LIBERTY MUTUAL INSURANCE COMPANY AND SAFECO INSURANCE COMPANY OF AMERICA** |

   **WHEREAS,** this is an action alleging breach of contract and breach of the implied covenant of good faith and fair dealing arising from a homeowners insurance policy issued by

defendant General Insurance Company of America to plaintiff Jengyuan Yu;

**WHEREAS**, neither Liberty Mutual Insurance Company nor Safeco Insurance Company of America are parties to that insurance contract;

**WHEREAS**, General Insurance Company of America affirms it is sufficiently capitalized to pay any judgment rendered against it in this action;

**WHEREAS**, General Insurance Company of America acknowledges and agrees that at all relevant times, the investigators, agents, attorneys and adjusters that investigated, processed and determined the claim at issue in this dispute including, without limitation, Rebecca Richard, Melanie Saeyup, Rosanne Henrichs, Ron Shafer, Christine Carringer and Ted Addison, were agents of General Insurance Company of America;

**IT IS HEREBY STIPULATED** between the parties, by and through their respective counsel of record, that Liberty Mutual Insurance Company and Safeco Insurance Company of America shall be dismissed from this action without prejudice. Each party shall bear its own attorneys' fees and costs directly related to defendants Liberty Mutual Insurance Company and Safeco Insurance Company of America.

**IT IS SO STIPULATED**.

Dated: June 12, 2013

THE LAW OFFICES OF ANDREW R. NEILSON

By: */s/ Andrew R. Neilson*
ANDREW R. NEILSON
Attorneys for Plaintiff
JENGYUAN YU

| | |
|---|---|
| Dated: June 12, 2013 | ROPERS, MAJESKI, KOHN & BENTLEY |

By: */s/ Stacy M. Tucker*
    PAMELA E. COGAN
    STACY M. TUCKER
    Attorneys for Defendants,
    LIBERTY MUTUAL INSURANCE
    COMPANY, SAFECO INSURANCE
    COMPANY OF AMERICA and
    GENERAL INSURANCE COMPANY OF
    AMERICA

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that, pursuant to the Parties' stipulation that Liberty Mutual Insurance Company and Safeco Insurance Company of America shall be dismissed from this action without prejudice. Each party shall bear its own attorneys' fees and costs directly related to defendants Liberty Mutual Insurance Company and Safeco Insurance Company of America.

Dated: June 13, 2013        By: _____
                                                United States District Court Judge
                                                Susan Illston