ANDREW R. NEILSON (SBN 221694)
LAW OFFICES OF ANDREW R. NEILSON
109 Geary Street, Fourth Floor
San Francisco, California 94108
Telephone: (415) 685-0818
Facsimile: (415) 982-5130
E-mail: aneilson@aneilsonlaw.com

Attorneys for Plaintiff
JENGYUAN YU


PAMELA E. COGAN (SBN 130833)
STACY M. TUCKER (SBN 218942)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
E-Mail: pcogan@ropers.com
        stucker@ropers.com

Attorneys for Defendant
GENERAL INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENGYUAN YU,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY; a Massachusetts corporation; SAFECO INSURANCE COMPANY OF AMERICA; a New Hampshire corporation; GENERAL INSURANCE COMPANY OF AMERICA; a New Hampshire corporation; and DOES 1 to 20, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 3:13-cv-00585-SI<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

It is hereby stipulated by and between plaintiff JENGYUAN and defendant GENERAL INSURANCE COMPANY OF AMERICA through their respective attorneys of record, that the

above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 2, 2013

THE LAW OFFICES OF ANDREW R. NEILSON

By: /s/ Andrew R. Neilson
 ANDREW R. NEILSON
 Attorneys for Plaintiff
 JENGYUAN YU

Dated: August 2, 2013

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Stacy M. Tucker
 PAMELA E. COGAN
 STACY M. TUCKER
 Attorneys for Defendant,
 GENERAL INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: August 6, 2013

By: [signature: Susan Illston]
United States District Court Judge
Susan Illston