1  ANDREW R. NEILSON (SBN 221694)
   LAW OFFICES OF ANDREW R. NEILSON
2  109 Geary Street, Fourth Floor
   San Francisco, California 94108
3  Telephone: (415) 685-0818
   4 Facsimile: (415) 982-5130
4  E-mail: aneilson(@aneilsonlaw.com

5  Attorneys for Plaintiff
   JENGYUAN YU
6

7  PAMELA E. COGAN (SBN 130833)
   STACY M. TUCKER (SBN 218942)
8  ROPERS, MAJESKI, KOHN & BENTLEY
   1001 Marshall Street, Suite 300
9  Redwood City, CA 94063-2052
   Telephone:    (650) 364-8200
10 Facsimile:    (650) 780-1701
   E-Mail: pcogan@ropers.com
11         stucker@ropers.com

12 Attorneys for Defendant
   GENERAL INSURANCE COMPANY OF AMERICA
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 JENGYUAN YU,                          CASE NO. 3:13-cv-00585-SI

18              Plaintiff,               **STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

19 v.

20 LIBERTY MUTUAL INSURANCE
   COMPANY; a Massachusetts corporation;
21 SAFECO INSURANCE COMPANY OF
   AMERICA; a New Hampshire corporation;
22 GENERAL INSURANCE COMPANY OF
   AMERICA; a New Hampshire corporation;
23 and DOES 1 to 20, inclusive,

24              Defendants.

25

26
          It is hereby stipulated by and between plaintiff JENGYUAN and defendant GENERAL
27
   INSURANCE COMPANY OF AMERICA through their respective attorneys of record, that the
28

RC1/6956056.1/SMT                              STIPULATION DISMISSING CASE WITH PREJUDICE-
                                                         CASE NO.: 3:13-CV-00585 SI

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

above-captioned action shall be, and hereby is, dismissed with prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED.**

FILER'S ATTESTATION:

Pursuant to General Order No. 45, section X(B) regarding signatures, I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from its signatories.

Dated: August 2, 2013

THE LAW OFFICES OF ANDREW R. NEILSON

By: */s/ Andrew R. Neilson*
ANDREW R. NEILSON
Attorneys for Plaintiff
JENGYUAN YU

Dated: August 2, 2013

ROPERS, MAJESKI, KOHN & BENTLEY

By: */s/ Stacy M. Tucker*
PAMELA E. COGAN
STACY M. TUCKER
Attorneys for Defendant,
GENERAL INSURANCE COMPANY OF AMERICA

IT IS SO ORDERED.

Dated: August 6, 2013

By: *Susan Illston*
United States District Court Judge
Susan Illston